**Tristina ELMES, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE SERVICE, Respondent–Appellee.**

No. 08–16239
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 7, 2009.

Tristina Elmes, Ft Lauderdale, FL, pro se.

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from a decision by the Tax Court granting the Commissioner of Internal Revenue's motion for sanctions authorized under I.R.C. § 6673(a)(1)(B), against the taxpayer, Tristina Elmes, for taking a tax position that was "frivolous and groundless." In similar fashion, she has brought this appeal.

The Tax Court set the sanction amount at $2,500.00. The statute allows a maximum penalty of $25,000.00. I.R.C. § 6673.

We have reviewed the record in this case, the briefs, and the arguments of counsel contained therein. Finding no error, we affirm the judgment of the Tax Court.

AFFIRMED.